IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY MICHAEL SPROUSE,            ) | |
|     Plaintiff,                              ) | Case No. 7:22-cv-00147 |
|                                                  ) | |
| v.                                                 ) | |
|                                                  ) | By: Michael F. Urbanski |
| DOUGLAS W. GRIM,              ) | Chief United States District Judge |
|     Defendant.                          ) | |

## MEMORANDUM OPINION

Plaintiff Gary Michael Sprouse, a Virginia inmate proceeding pro se, filed this civil action under 42 U.S.C. § 1983. By order entered May 13, 2022, the court directed Sprouse to file an amended complaint within twenty-one days. See ECF No. 8. The court expressly warned Sprouse that failure to file an amended complaint would result in the dismissal of this action without prejudice.

As of this date, Sprouse has not filed an amended complaint or had any further communication with the court. He has not complied with the court's order, and the time for doing so has expired. Accordingly, the court will dismiss the action without prejudice. See Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989) (recognizing that courts have the authority to order dismissal of an action for failure to comply with court orders). Sprouse may file a new complaint in a separate action once he is prepared to comply with the conditions noted in the previous order.

An appropriate order will be entered.

2

Entered: June 21, 2022

*Signature*
Digitally signed by Michael F. Urbanski Chief U.S. District Judge
Date: 2022.06.21 16:19:45 -04'00'

Michael F. Urbanski
Chief United States District Judge